# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALESSANDRA JANET BLAZQUEZ,<br><br>Defendant. | Case No. 21-cr-0459-DMS<br><br>JUDGMENT AND ORDER TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |

Good cause appearing, the Court grants the government's motion to dismiss the indictment filed against Defendant Alessandra Janet Blazquez without prejudice.

**IT IS SO ORDERED.**

DATED: June 10, 2021

Hon. Dana M. Sabraw
United States Chief District Judge